IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LUTHER EVANS,** <br><br> Petitioner, <br><br> v. <br><br> **BEN MCLAIN, Warden,** <br><br> Respondent. | C 07-01582 SBA (PR) <br><br> **ORDER GRANTING ENLARGEMENT OF TIME TO FILE ANSWER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including December 3, 2007, to file an answer to the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within **thirty (30) days** of his receipt of the answer.

DATED: 10/1/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

ORDER GRANTING ENLARGEMENT OF TIME TO FILE ANSWER - *EVANS v. MCLAIN* - C 07-01582 SBA (PR)