**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER EVANS, | No. C 07-1582 SBA (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STEPHEN W. MAYBERG, et al., | |
| Respondents. | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

DATED: 7-31-09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge